# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLONY INSURANCE COMPANY | CIVIL ACTION NO. 1:17-cv-03577 |
| Plaintiff, | |
| v. | **ORDER** |
| TROENSA CONSTRUCTION, INC., RIVER'S EDGE AT DELANCO CONDOMINIUM ASSOCIATION, INC., EJS CONSTRUCTION, INC.; CARPENTER CONTRACTING ASSOCIATES, LLC. | |
| Defendants. | |

This matter having been opened to this Court by Stewart Smith, attorneys for Plaintiff Colony Insurance Company, for an Order granting Plaintiff's Motion for Default Judgment, and the Court having reviewed any and all papers and briefs submitted by the parties, and for good cause shown;

On this _w_ day of _March_____, 2019, the Court finds as follows:

(a) Colony filed its First Amended Complaint in this action on June 13, 2017;

(b) Defendant Troensa Construction, Inc. was properly served with a Summons and Colony's First Amended Complaint on August 1, 2017;

(c) Defendant Troensa has failed to plead or otherwise respond as required by the Federal Rules of Civil Procedure; and

(d) The Clerk of the Court has entered default against Defendant Troensa.

IT IS HEREBY ORDERED that Plaintiff Colony Insurance Company's Motion for Default Judgment against Defendant Troensa Construction, Inc. be, and it hereby is, **GRANTED**; and it is further

ORDERED that the Clerk of the Court shall enter the following JUDGMENT against Defendant Troensa Construction, Inc. in favor of Colony on Count One of its First Amended Complaint:

1. Colony Insurance Policy number GL3529983 (the "Policy") is ordered rescinded and is void *ab initio* because of material misrepresentations made by Troensa when applying for insurance.

2. Colony shall, within 10 days of the entry of this ORDER and JUDGMENT, deposit into the Registry Fund the amount of $711.24 representing the full premium paid for the Policy less the amount that was previously returned when the Policy was cancelled.

IT IS FURTHER ORDERED that, the Court having entered judgment in Colony's favor on the claims between Colony and Troensa, the Clerk shall mark this case as CLOSED.

**BY THE COURT:**

Robert B. Kugler, U.S.D.J.